NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE AMAZON.COM INC., AMAZON SERVICES LLC, AND AMAZON WEB SERVICES LLC, *Petitioners.*

---

Miscellaneous Docket No. 115

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-671, Judge Leonard Davis.

---

## ON PETITION

---

## ORDER

Amazon.com, Inc. et al. submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to vacate its order denying a motion to transfer and directing the district court to transfer the case to the United States District Court for the Western District of Texas.

Upon consideration thereof,

IT IS ORDERED THAT:

Global Sessions LP et al. are directed to respond no later than February 8, 2012. Any other respondent may also respond within that time. The revised official caption is reflected above.

FOR THE COURT

_____JAN 2 5 2012_____                    /s/ Jan Horbaly
          Date                            Jan Horbaly
                                          Clerk

cc:  J. David Hadden, Esq.
     Thomas L. Duston, Esq.
     Mary-Olga Lovett, Esq.
     Craig N. Tolliver, Esq.
     Neil J. McNabnay, Esq.
     John Martin Jackson, Esq.
     Clerk, United States District Court for the Eastern
     District Of Texas

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2012

JAN HORBALY
CLERK